No. 833, Misc. OLIVER *v.* ATTORNEY GENERAL OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar,* and *David L. Norman* for the United States.

No. 856, Misc. BURR *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for respondent.

No. 865, Misc. CRUZ *v.* COLORADO. Sup. Ct. Colo. Certiorari denied. *Samuel D. Menin* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *James F. Pamp,* Assistant Attorney General, for respondent.

No. 882, Misc. BOULAD *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Morris Lavine* for petitioner.

No. 889, Misc. GLENN *v.* McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 901, Misc. LINK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 908, Misc. FORD *v.* TRAYNOR, CHIEF JUSTICE, ET AL. Sup. Ct. Cal. Certiorari denied.